UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVIER VAZQUEZ, *individually and on behalf of others similarly situated*,

          Plaintiff,

– *against* –

TASTY PICKS II CORP., MANSOURE H. YEHYA, HASHEM A. YEHIYA, HISHAM A. YAHYA, and EMAD YEHIYA,

          Defendants.

**ORDER**

21 Civ. 8799 (ER)

RAMOS, D.J.:

    As per Plaintiff's request, the Clerk's Certificates of Default, Docs. 27, 28, 29, 30, and 31, are hereby vacated.

It is SO ORDERED.

Dated:  January 12, 2022
         New York, New York

                                              Edgardo Ramos, U.S.D.J.