UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVIER VASQUEZ, *individually and on behalf of others similarly situated*,

      Plaintiff,

– against –

TASTY PICKS II CORP., MANSOURE H YEHYA, HASHEM A. YEHIYA, HISHAM A. YAHYA, *and* EMAD YEHIYA,

      Defendants.

**ORDER**
21 Civ. 8799 (ER)

Ramos, D.J.:

  The Court having been advised that the parties have reached agreement on all issues after mediation, the parties are hereby directed to submit their agreement for approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) by no later than September 19, 2022.

It is SO ORDERED.

Dated: August 17, 2022
    New York, New York

                   Edgardo Ramos, U.S.D.J.