# CSM Legal, P.C.
Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

**MEMO ENDORSED**

October 11, 2022

**VIA ECF**
Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Plaintiff's request for a second, 21-day, extension of time (from October 11, 2022, to November 1, 2022) to submit the parties' settlement agreement for approval is granted. SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: October 12, 2022
> New York, New York

Re:   Vasquez et al v. Tasty Picks II Corp. et al
      Docket No.: 1:21-cv-08799-ER

Your Honor:

Our office represents Plaintiff in the above-referenced action. I write to respectfully request an additional 21-day extension to submit the parties' settlement agreement for approval under Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). This is Plaintiff's second request for an extension to submit the parties' settlement agreement for approval.

Parties are still in the process of finalizing the settlement agreement in this case. Plaintiff believes that the settlement agreement will be ready for submission within the next three weeks and respectfully requests a 21-day extension to file the agreement for approval.

Plaintiff thanks the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ *Frank Palermo*
Frank J Palermo, Esq.

cc:   Roger B. Greenberg, Esq. (via ECF)

*Certified as a minority-owned business in the State of New York*